IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVE CADET,<br><br>      Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>INFINITY INSURANCE COMPANY,<br><br>      Defendant/Counterclaimant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-02367-RWS |

## NOTICE OF SETTLEMENT OF ATTORNEY'S FEES AWARD

COMES NOW Defendant Infinity Insurance Company ("Defendant"), by and through the undersigned counsel, and hereby provides notice to this Honorable Court that the parties have reached a settlement agreement with respect to the attorney's fees award in favor of Defendant in the Court's December 19, 2011 Order. Accordingly, Defendant respectfully submits that no further action by this Court is necessary in this case.

Respectfully submitted, this 3rd day of January, 2012.

/s/ Jeffrey W. Melcher
Jeffrey W. Melcher
Georgia Bar No. 501180
Parks K. Stone
Georgia Bar No. 547930

LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, NE, Suite 2900

4816-2750-7214.1


Atlanta, Georgia 30309  
T: (404) 348-8585  
F: (404) 467-8845  
jmelcher@lbbslaw.com  
pstone@lbbslaw.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Counsel for Defendant hereby certifies that this pleading has been prepared with one of the font and point selections approved by the Court in L.R. 5.1B.

Respectfully submitted, this 3rd day of January, 2012.

/s/ Jeffrey W. Melcher
Jeffrey W. Melcher
Georgia Bar No. 501180

LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30309
T: (404) 348-8585
F: (404) 467-8845
jmelcher@lbbslaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVE CADET<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY INSURANCE COMPANY<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-02367-RWS |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was electronically filed with the Court using the CM/ECF system, which will send notification electronically to the following party:

>   Phaedra C. Parks
>   The Parks Group
>   15 Piedmont Center
>   3575 Piedmont Road, N.E., Suite 1560
>   Atlanta, Georgia  30305

This 3rd day of January, 2012.

>   /s/ Jeffrey W. Melcher
>   Jeffrey W. Melcher
>   Georgia Bar No. 501180

LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30309
T: (404) 348-8585
F: (404) 467-8845
jmelcher@lbbslaw.com

4816-2750-7214.1

4